UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

JOHN LEONARD BROWN
and RENEE MARIE BROWN,
    Debtors.
_____/

Case No. 15-31542-dof
Chapter 7 Proceeding
Hon. Daniel S. Opperman

IVERSON'S BUILDING SUPPLY
COMPANY, INC.,
    Plaintiff,

v.

JOHN LEONARD BROWN,
    Defendant.
_____/

Adversary Proceeding
Case No. 15-3140-dof

## ORDER OF NON-DISCHARGEABLE JUDGMENT AGAINST DEFENDANT JOHN LEONARD BROWN

This Court issued its Trial Opinion on November 21, 2016. Consistent with the terms of the Opinion, the Court renders a Judgment in favor of the Plaintiff and against the Defendant in the amount of Three Thousand Five Hundred Thirty-Six Dollars and Thirty-Eight Cents ($3,536.38).

IT IS FURTHER ORDERED that this debt is ordered non-dischargeable pursuant to Section 523(a)(4).

IT IS FURTHER ORDERED that Count II of the Plaintiff's Complaint, False Representation, is dismissed.

IT IS SO ORDERED.

Signed on March 06, 2017

                                        /s/ Daniel S. Opperman
                                        Daniel S. Opperman
                                        United States Bankruptcy Judge